BELL & COGGESHALL COMPANY *v.* SLADE & STARR.

LUMPKIN, J. Under the pleadings and evidence in this case, there was no error on the part of the presiding judge, to whom it was submitted on both law and facts without a jury, in overruling the exceptions to the auditor's report and sustaining the finding of the auditor.

                    *Judgment affirmed. All the Justices concur.*

                    JUNE 28, 1910.

Exceptions to auditor's report. Before Judge Reagan. Pike superior court. June 28, 1909.

*C. J. Lester,* for plaintiff. *E. F. DuPree,* for defendants.